65 A.3d 297

Ronald E. DEHOFF, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF
REVIEW (ESAB Group, Inc.), Respondent.

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April 2013, the Petition for Allowance of Appeal is **GRANTED,** the Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* 618 Pa. 592, 57 A.3d 1209 (2012).

65 A.3d 298

Michael J. DONNELLY, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF
REVIEW (ESAB Group, Inc.), Respondent.

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April 2013, the Petition for Allowance of Appeal is **GRANTED,** the Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* 618 Pa. 592, 57 A.3d 1209 (2012).

---

65 A.3d 298

**COMMONWEALTH of Pennsylvania, ex rel. Wilmer B. GAY, Petitioner**

v.

**Tab BICKLE, Superintendent at SCI–Huntingdon, et al., Respondents.**

**No. 5 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus, the "Motion to Make Service of Process on the Respondents Pursuant to 42 Pa.C.S. § 6504," and the Application for an Immediate Hearing are **DENIED.**